Olga M. Janelunas, appellant, v. John Hancock Mutual Life Insurance Company, appellee. Gen. No. 39,466.

Heard in the first division of this court for the first district at the April term, 1937. Opinion filed June 14, 1937.

Earl J. Walker, for appellant. Hoyne, O'Connor & Rubinkam, for appellee; Nathaniel Rubinkam and William S. Allen, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.